1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN MARKS,                      1:04-cv-05955-REC-SMS-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND**
                                   **RECOMMENDATIONS** (Doc. 10),
13   vs.                           **DISMISSING ACTION, AND**
                                   **DIRECTING CLERK TO ENTER**
14   ANDREWS,                      **JUDGMENT FOR DEFENDANT**

15              Defendant.
                                    /
16

17       Plaintiff, Steven Marks ("plaintiff"), is a federal prisoner

18   proceeding pro se and in forma pauperis in this civil rights

19   action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal</u>

20   <u>Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was

21   referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23       On March 15, 2006, the Magistrate Judge filed Findings and

24   Recommendations herein which were served on plaintiff and which

25   contained notice to plaintiff that any objections to the Findings

26   and Recommendations were to be filed within fifteen (15) days.

27   To date, plaintiff has not filed objections to the Magistrate

28

1

1   Judge's Findings and Recommendations.[1]

2       In accordance with the provisions of 28 U.S.C.

3   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

4   de novo review of this case.  Having carefully reviewed the

5   entire file, the Court finds the Findings and Recommendations to

6   be supported by the record and by proper analysis.

7       Accordingly, IT IS HEREBY ORDERED that:

8       1.   The Findings and Recommendations, filed March 15, 2006,

9   are ADOPTED IN FULL;

10      2.   This action is DISMISSED based on plaintiff's failure

11  to obey the court's order of February 1, 2006, and for failing to

12  state a claim upon which relief can be granted;

13      3.   The Clerk of the Court is directed to enter judgment

14  for defendant.

15  IT IS SO ORDERED.

16  **Dated:  April 17, 2006**            **/s/ Robert E. Coyle**
    668554                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

---

27  [1] The United States Postal Service returned the order served on plaintiff on April 4, 2006, as undeliverable.
    A notation on the envelope indicated:  Return to Sender - Not at this address.  However, plaintiff has not notified the
28  court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local
    Rule 83-182(f).

2